UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FWK Holdings, L.L.C., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH, LLC, TEVA PHARMACEUTICALS USA, INC., PLIVA, INC., MYLAN INC., MYLAN PHARMACEUTICALS INC., UDL LABORATORIES, INC., ENDO INTERNATIONAL PLC; PAR PHARMACEUTICALS HOLDINGS, INC., HERITAGE PHARMACEUTICALS INC., BRECKENRIDGE PHARMACEUTICALS, INC., and UPSHER-SMITH LABORATORIES, INC.,<br><br>Defendants. | Case 1:16-cv-09901-JSR<br><br>**CLASS ACTION** |

**SUPPLEMENTAL REPORT CONCERNING JANUARY 6, 2017 CASE MANAGEMENT AND SCHEDULEING CONFERENCE**

Plaintiff FWK Holdings, L.L.C., through its counsel, respectfully submits this supplemental report to its December 30, 2016 *Report Concerning January 6, 2017 Case Management and Scheduling Conference* (the "Dec. 30 Report"). ECF No. 7.

**I.    STATUS OF SERVICE OF PROCESS**

As of today, all defendants have been served, except for Defendant Pliva, Inc. ("Pliva"). A copy of the transmittal letter is attached hereto as Exhibit A. Plaintiff's counsel understands that Pliva is now part of Defendant Teva Pharmaceuticals USA, Inc. ("Teva") and that Teva's counsel will be representing Pliva.

As of today, counsel for Defendants Breckenridge Pharmaceuticals, Inc., Mylan Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories Inc. have entered appearances (ECF Nos. 17, 20-22). Counsel for Defendant Heritage Pharmaceuticals Inc. have filed *pro hac vice* motions. ECF Nos. 14, 15).[1]

## II. THE JPML PANEL DECLINED TO TRANSFER THE ACTION TO THE EASTERN DISTRICT OF PENNSYLVANIA

The Dec. 30 Report notified the Court that a plaintiff in the *In re: Generic Digoxin and Doxycycline Antitrust Litigation* (MDL No. 2724, E.D. Pa.) filed a Notice of Potential Tag Along Actions that sought to transfer the above-captioned action ("Action") to the Eastern District of Pennsylvania. On January 4, 2017, the JPML Panel determined that the Action "is not appropriate for inclusion in this MDL." *In re: Generic Digoxin and Doxycycline Antitrust Litigation,* MDL No. 2724, ECF No. 122 (text only entry) (E.D. Pa.).[2]

---

[1] Plaintiff's counsel has transmitted via email the Court's December 27, 2016 Notice of Court Conference (ECF No. 6) on those counsel who have appeared for defendants in the Action and on counsel who Plaintiff's counsel understand may be retained to represent certain defendants in the Action.

[2] On December 28, 2016, Rochester Drug Co-Operative, Inc. filed in the Eastern District of Pennsylvania an action alleging violations of Section 1 of the Sherman Antitrust Act arising out of the defendants' alleged unlawful scheme to fix, maintain, and stabilize the prices of generic propranolol tablets and capsules. *Rochester Drug Co-Operative, Inc. v. Actavis Elizabeth, LLC, et al.*, Case No. 2:16-cv-06672-CMR (E.D. Pa.) (the "*Rochester Drug* Action") (Rufe, J.). The *Rochester Drug* Action was filed as related to the MDL pending before Judge Cynthia M. Rufe. On January 3, 2017, Judge Rufe determined that the *Rochester Drug* Action is "not properly filed in MDL 2724 as presently constructed" because it does "not allege antitrust violations with regard to generic digoxin or doxycycline . . . ." *Rochester Drug* Action*,* ECF No. 3. Judge Rufe further ordered that the *Rochester Drug* Action be marked as related to the first case filed in the MDL "pending further order of the Court or the Panel." *Id.* On January 5, 2017, plaintiff in the *Rochester Drug* Action filed a motion pursuant to 28 U.S.C. § 1407 to transfer and coordinate or consolidate the Action and other actions unrelated to generic digoxin or doxycycline to the Eastern District of Pennsylvania. *In re: Generic Digoxin and Doxycycline Antitrust Litigation,* MDL No. 2724, ECF No. 125 (E.D. Pa.).

## III. A RELATED ACTION HAS BEEN FILED IN THIS DISTRICT

On January 5, 2017, a related action was filed in this District that is captioned *Cesar Castillo, Inc. v. Actavis Elizabeth, LLC, et al.*, Case No. 1:17-cv-00078. The *Cesar Castillo* Action was filed as related to the Action.

Dated: January 5, 2017

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: /s/    Robert N. Kaplan
    Robert N. Kaplan
    Richard J. Kilsheimer
    Jeffrey P. Campisi
    Joshua Saltzman
    850 Third Avenue, 14th Floor
    New York, New York 10022
    Tel: 212-687-1980
    Fax: 212-687-7714

    HAGENS BERMAN SOBOL SHAPIRO LLP
    Thomas M. Sobol (*pro hac vice* to be filed)
    David S. Nalven
    Lauren Guth Barnes (*pro hac vice* to be filed)
    Kiersten Taylor (*pro hac vice* to be filed)
    55 Cambridge Parkway, Suite 301
    Cambridge, MA 02142
    Tel.: 617-482-3700
    Fax: 617-482-3003

    and

    VANEK, VICKERS & MASINI P.C.
    Joseph M. Vanek (*pro hac vice* to be filed)
    David P. Germaine (*pro hac vice* to be filed)
    55 W. Monroe, Suite 3500
    Chicago, Illinois 60603
    Tel: 312-224-1500

    *Attorneys for Plaintiff*

# Exhibit A



Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

December 28, 2016

**Via Hand Delivery to:**

Actavis Elizabeth, LLC; 200 Elmora Ave., Elizabeth, NJ 07207
Endo International plc, 1400 Atwater Dr, Malvern, PA 19355
Teva Pharmaceuticals USA, Inc.; 1090 Horsham Road North Wales, PA 19454 USA
Pliva, Inc.; 72 Deforest Ave, East Hanover, NJ 07936
Mylan Inc.; 1000 Mylan Blvd., Canonsburg, Pennsylvania 15317
Mylan Pharmaceuticals Inc.; 781 Chestnut Ridge Road, Morgantown, West Virginia 26505
UDL Laboratories, Inc.; 1718 Northrock Ct, Rockford, IL 61103
Par Pharmaceuticals Holdings, Inc.; One Ram Ridge Road, Chestnut Ridge, New York, 10977
Heritage Pharmaceuticals Inc.; 12 Christopher Way #300, Eatontown, NJ 07724
Breckenridge Pharmaceuticals, Inc.; 1 Passaic Ave, Fairfield, NJ 07004
Upsher-Smith Laboratories, Inc.; 6701 Evenstad Drive, Maple Grove, MN 55369

**Subject:** *FWK Holdings, L.L.C. v. Actavis Elizabeth, LLC, et al.,* 1:16-cv-09901-JSR

To Whom It May Concern:

Enclosed herewith is a copy of the following documents:

1. Summons;

2. Complaint bearing caption: *FWK Holdings, L.L.C. v. Actavis Elizabeth, LLC, et al.,* 1:16-cv-09901-JSR;

3. Notice of Court Conference (ECF No. 6), which has been scheduled for January 6, 2017 at the United States Court House, 500 Pearl Street, New York, NY 1007, in Courtroom 14-B, at 11:00 a.m. – 11:15 a.m. The notice states, in part, "any unrepresented party is required to appear at the conference in person;" and

4. Honorable Jed S. Rakoff's Individual Rules of Civil Practice.

Sincerely,

Mandrika Moonsammy
Paralegal