```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
                                     :
FWK HOLDINGS, LLC, on behalf of itself :
and all others similarly situated,   :
                                     :
        Plaintiff,                   :
                                     :
        -v-                          :
                                     :
ACTAVIS ELIZABETH, LLC, TEVA         :
PHARMACEUTICALS USA, INC., PLIVA, INC., :   16-cv-9901 (JSR)
MYLAN INC., MYLAN PHARMACEUTICALS    :
INC., UDL LABORATORIES, INC., ENDO   :
INTERNATIONAL PLC, PAR PHARMACEUTICALS :
HOLDINGS, INC., HERITAGE             :
PHARMACEUTICALS INC., BRECKENRIDGE   :
PHARMACEUTICALS, INC., and UPSHER-SMITH :
LABORATORIES, INC.,                  :
                                     :
        Defendants.                  :
                                     :
-------------------------------------x
CESAR CASTILLO, INC., individually and :
on behalf of all those similarly     :
situated,                            :
                                     :
        Plaintiff,                   :
                                     :
        -v-                          :   17-cv-78 (JSR)
                                     :
ACTAVIS ELIZABETH, LLC, BRECKENRIDGE  :
PHARMACEUTICALS, INC., ENDO          :      ORDER
INTERNATIONAL PLC, HERITAGE          :
PHARMACEUTICALS INC., MYLAN INC.,    :
MYLAN PHARMACEUTICALS INC., PAR      :
PHARMACEUTICALS HOLDINGS, INC., PLIVA, :
INC., TEVA PHARMACEUTICALS USA, INC., :
UDL LABORATORIES, INC., and UPSHER-SMITH :
LABORATORIES, INC.,                  :
                                     :
        Defendants.                  :
-------------------------------------x

JED S. RAKOFF, U.S.D.J.
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/17

These two cases are hereby consolidated for all purposes, and the schedule previously set by the Court in FWK Holdings, LLC v. Actavis Elizabeth, LLC et al. shall apply to both of the consolidated cases.

SO ORDERED.

Dated: New York, NY
January 11, 2017

JED S. RAKOFF, U.S.D.J.

2