IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FWK HOLDINGS, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH, LLC, et al.,<br><br>Defendants. | Case No. 1:16-cv-09901-JSR |
| CÉSAR CASTILLO, INC., individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH, LLC, et al.,<br><br>Defendants. | Case No. 1:17-cv-00078-JSR |

**NOTICE OF UNOPPOSED MOTION OF THE UNITED STATES TO INTERVENE**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Unopposed Motion of the United States to Intervene and the exhibit thereto, the United States of America, through the Antitrust Division of the United States Department of Justice ("the Antitrust Division" or "the United States") and its undersigned counsel, pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby moves the Honorable Jed S. Rakoff, United States Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern

District of New York, 500 Pearl Street, New York, New York, 10007 (the "Court"), for an Order permitting the United States to intervene in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this motion of the United States is unopposed.

Dated: January 30, 2017

                                        Respectfully submitted,

                                        */s/ Ellen R. Clarke*_____
                                        ELLEN R. CLARKE
                                        MARK C. GRUNDVIG
                                        JOSEPH C. FOLIO III
                                        Trial Attorneys, Washington Criminal I Section
                                        U.S. Department of Justice
                                        Antitrust Division
                                        450 5th St NW, Suite 11300
                                        Washington, DC 20530
                                        (202) 598-2662
                                        ellen.clarke@usdoj.gov

                                    COUNSEL FOR INTERVENOR-UNITED STATES

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2017, I caused the foregoing **NOTICE OF UNOPPOSED MOTION OF THE UNITED STATES TO INTERVENE** to be filed with the Clerk of Court using the Court's Electronic Document Filing System, which served copies on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

                                                        */s/ Ellen R. Clarke*
                                                        Ellen R. Clarke
                                                        Counsel for Intervenor-United States