```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
FWK HOLDINGS, LLC, on behalf of itself :
and all others similarly situated,  :
                                    :
        Plaintiff,                  :
                                    :
        -v-                         :
                                    :
ACTAVIS ELIZABETH, LLC, TEVA        :
PHARMACEUTICALS USA, INC., PLIVA, INC., :    16-cv-9901 (JSR)
MYLAN INC., MYLAN PHARMACEUTICALS   :
INC., UDL LABORATORIES, INC., PAR   :
PHARMACEUTICAL INC., HERITAGE       :
PHARMACEUTICALS INC., BRECKENRIDGE  :
PHARMACEUTICALS, INC., and UPSHER-SMITH :
LABORATORIES, INC.,                 :
                                    :
        Defendants.                 :
                                    :
------------------------------------x
CESAR CASTILLO, INC., individually and :
on behalf of all those similarly    :
situated,                           :
                                    :
        Plaintiff,                  :
                                    :
        -v-                         :
                                    :
ACTAVIS ELIZABETH, LLC, BRECKENRIDGE :        17-cv-78 (JSR)
PHARMACEUTICALS, INC., HERITAGE     :
PHARMACEUTICALS INC., MYLAN INC.,   :
MYLAN PHARMACEUTICALS INC., PAR     :            ORDER
PHARMACEUTICAL, INC., PLIVA, INC.,  :
TEVA PHARMACEUTICALS USA, INC., UDL :
LABORATORIES, INC., and UPSHER-SMITH :
LABORATORIES, INC.,                 :
                                    :
        Defendants.                 :
------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

1

Before the Court is the United States' motion to intervene in the above-captioned cases. Upon consent of the parties, the Court hereby grants the motion.

SO ORDERED.

Dated: New York, NY
February 7, 2017

_____
JED S. RAKOFF, U.S.D.J.

2