UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
FWK Holdings, L.L.C., on behalf of itself and all others : 
similarly situated, :
 :
                Plaintiff, :
 :
                v. : Case No. 1:16-cv-09901-JSR
 :
ACTAVIS ELIZABETH, LLC, TEVA :
PHARMACEUTICALS USA, INC., PLIVA, INC., MYLAN, :
INC., MYLAN PHARMACEUTICALS, INC., UDL :
LABORATORIES, INC., ENDO INTERNATIONAL PLC., :
PAR PHARMACEUTICALS HOLDINGS, INC., :
HERITAGE PHARMACEUTICALS, INC., :
BRECKENRIDGE PHARMACEUTICALS, INC., and :
UPSHER-SMITH LABORATORIES, INC., :
 :
                Defendants. :
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that I, Seth Moskowitz, of Kasowitz, Benson, Torres & Friedman LLP, hereby appear as counsel for Defendants Actavis Elizabeth, LLC, Pliva, Inc. and Teva Pharmaceuticals USA, Inc.  I certify that I am admitted to practice in this court.

Dated:  February 08, 2017                    Respectfully submitted,

                                                    KASOWITZ, BENSON, TORRES
                                                  & FRIEDMAN LLP

                                                  **/s/ Seth Moskowitz**
                                                  Seth Moskowitz
                                                  1633 Broadway
                                                  New York, New York 10019
                                                  Tel.: (212) 506-1700
                                                  Fax: (212) 506-1800
                                                  E-mail: smoskowitz@kasowitz.com

                                                  *Attorney for Actavis Elizabeth, LLC,*
                                                  *Pliva Inc. and Teva Pharmaceuticals*
                                                  *USA, Inc.*