USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-15-17

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FWK HOLDINGS, L.L.C., on behalf of itself :
and all others similarly situated,        :     1:16-cv-09901-JSR
                                          :
        Plaintiff,                        :
                                          :
        -v-                               :
                                          :
ACTAVIS ELIZABETH, LLC, ET AL.,           :
                                          :
        Defendants.                       :
------------------------------------x
CÉSAR CASTILLO, INC., individually and on :
behalf of all those similarly situated,   :     1:17-cv-00078-JSR
                                          :
        Plaintiff,                        :
                                          :
        -v-                               :
                                          :
ACTAVIS ELIZABETH, LLC, ET AL.,           :
                                          :
        Defendants.                       :
------------------------------------x
SERGEANTS BENEVOLENT ASSOCIATION HEALTH   :
& WELFARE FUND, on behalf of itself       :     1:17-cv-00980-JSR
and all others similarly situated,        :
                                          :
        Plaintiff,                        :
                                          :
        -v-                               :
                                          :
ACTAVIS ELIZABETH, LLC, ET AL.,           :
                                          :
        Defendants.                       :
------------------------------------x
AMERICAN FEDERATION OF STATE, COUNTY AND  :
MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37   :     1:17-cv-01039-JSR
HEALTH & SECURITY PLAN, individually and  :
on behalf of all those similarly situated,:         ORDER
                                          :
        Plaintiff,                        :
                                          :
        -v-                               :
                                          :
ACTAVIS ELIZABETH, LLC, ET AL.,           :
                                          :
        Defendants.                       :
------------------------------------x
```

1

JED S. RAKOFF, U.S.D.J.

On December 23, 2016 and January 5, 2017, plaintiffs FWK Holdings, LLC and César Castillo, Inc. each filed class actions against defendants Actavis Elizabeth, LLC, Endo International PLC, Teva Pharmaceuticals USA, Inc., Pliva, Inc., Mylan Inc., Mylan Pharmaceuticals Inc., UDL Laboratories, Inc., Par Pharmaceutical Holdings, Inc., Heritage Pharmaceuticals Inc., Breckenridge Pharmaceutical, Inc., and Upsher-Smith Laboratories, Inc. The Court subsequently held a case management conference on January 6, 2017 and set a schedule for a motion to dismiss the two complaints that has now largely been briefed. However, on February 10, 2017, plaintiffs Sergeants Benevolent Association Health & Welfare Fund and American Federation of State County and Municipal Employees District Council 37 Health & Security Plan each filed parralel class actions against the above-defendants and also added defendant Qualitest Pharmaceuticals, Inc.

In order to avoid duplication of effort and to effectively manage all these cases, the Court hereby convenes an in-court conference on Tuesday, February 21, 2017 at 11:30am at which counsel for all four plaintiffs and counsel for defendants must appear and be prepared to address further case management issues and scheduling.

SO ORDERED.

Dated:   New York, NY
         February 15, 2017                    _____
                                              JED S. RAKOFF, U.S.D.J.