```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FWK HOLDINGS, L.L.C., on behalf of itself  :
and all others similarly situated,         :    1:16-cv-09901-JSR
                                           :
     Plaintiff,                            :
                                           :
     -v-                                   :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------------x
CÉSAR CASTILLO, INC., individually and on  :
behalf of all those similarly situated,    :    1:17-cv-00078-JSR
                                           :
     Plaintiff,                            :
                                           :
     -v-                                   :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------------x
SERGEANTS BENEVOLENT ASSOCIATION HEALTH    :
& WELFARE FUND, on behalf of itself        :    1:17-cv-00980-JSR
and all others similarly situated,         :
                                           :
     Plaintiff,                            :
                                           :
     -v-                                   :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------------x
AMERICAN FEDERATION OF STATE, COUNTY AND   :
MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37    :    1:17-cv-01039-JSR
HEALTH & SECURITY PLAN, individually and   :
on behalf of all those similarly situated,:        ORDER
                                           :
     Plaintiff,                            :
                                           :
     -v-                                   :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------------x
```

1

JED S. RAKOFF, U.S.D.J.

Pursuant to the subsequent conference held on February 21, 2017, see Transcript, the trial of the above-captioned actions will commence on November 8, 2017 at 9am. This ruling is without prejudice to some or all plaintiffs' moving for separate trials of the direct and indirect purchases, provided that the papers in support of separate trials are submitted to the Court by February 24, 2017. This ruling is also without prejudice to the Government's moving for reconsideration of the Court's denial of the Government's motion for a stay of discovery, provided that Government makes its promised ex parte submission by no later than February 24, 2017.

SO ORDERED.

Dated: New York, NY
February 22, 2017

JED S. RAKOFF, U.S.D.J.