```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FWK HOLDINGS, L.L.C., on behalf of itself  :
and all others similarly situated,         :     1:16-cv-09901-JSR
                                           :
     Plaintiff,                            :
                                           :
         -v-                               :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------x
CÉSAR CASTILLO, INC., individually and on  :
behalf of all those similarly situated,    :     1:17-cv-00078-JSR
                                           :
     Plaintiff,                            :
                                           :
         -v-                               :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------x
SERGEANTS BENEVOLENT ASSOCIATION HEALTH    :
& WELFARE FUND, on behalf of itself        :     1:17-cv-00980-JSR
and all others similarly situated,         :
                                           :
     Plaintiff,                            :
                                           :
         -v-                               :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------x
AMERICAN FEDERATION OF STATE, COUNTY AND   :
MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37    :     1:17-cv-01039-JSR
HEALTH & SECURITY PLAN, individually and   :
on behalf of all those similarly situated, :        ORDER
                                           :
     Plaintiff,                            :
                                           :
         -v-                               :
                                           :
ACTAVIS ELIZABETH, LLC, ET AL.,            :
                                           :
     Defendants.                           :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/17

JED S. RAKOFF, U.S.D.J.

A case management plan involving the first two actions captioned above (collectively, the "direct purchasers' actions") was entered on January 6, 2017. Recently, two related actions, (respectively, the third and fourth actions captioned above), were filed and, at an in-court conference held on February 21, 2017, see Transcript, the parties to these two actions agreed to file an amended consolidated complaint (the "indirect purchasers' action") by February 24, 2017. The parties in the indirect purchasers' action were also given until February 24, 2017 to file their first request for documents and their request for the limited interrogatories permitted by Federal Rule 33.3(a). All other dates in the case management plan issued by the Court on January 6, 2017 will continue to apply to both the direct and indirect purchasers' actions, and all depositions taken in such actions will be taken jointly for all the cases.

Defendants will file their moving papers for a motion to dismiss the indirect purchasers' action by March 7, 2017, the indirect purchasers will jointly file their opposition by March 17, 2017, and defendants will file a reply by no later than March 22, 2017. Oral argument on that motion will be held on March 24, 2017 at 2pm.

SO ORDERED.

Dated:  New York, NY
        February 2, 2017                    JED S. RAKOFF, U.S.D.J.