UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FWK HOLDINGS, LLC, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ACTAVIS ELIZABETH, LLC et. al.,<br><br>                Defendants. | Civil Action No. 16-cv-9901-JSR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 20, 2017, a copy of **NON-PARTY IPCA PHARMACEUTICALS INC.'S RESPONSES AND OBJECTIONS TO THE RULE 45 SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS IN A CIVIL ACTION** was served by electronic mail and U.S. First Class Mail upon the following attorneys of record:

| | |
|---|---|
| Jerrod Patterson<br>Hagens Berman Sobol Shapiro LLP<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>jerrodp@hbsslaw.com<br><br>*Attorneys for Plaintiff*<br>*FWK Holdings LLC* | Robert N. Kaplan<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Ave, 14th Floor<br>New York, NY 10022<br>rkaplan@kaplanfox.com<br><br>*Attorneys for Plaintiff*<br>*FWK Holdings LLC* |

Dated: March 20, 2017
      New York, NY

By:   s/ Wendy R. Stein
       Wendy R. Stein, Esq.
       GIBBONS P.C.
       One Pennsylvania Plaza, 37th Floor
       New York, NY 10119
       Tel: (212) 613-2043
       wstein@gibbonslaw.com

       *Attorneys for Non-Party*
       *Ipca Pharmaceuticals Inc*.